UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

PUNG, MICHAEL, as personal representative of the Estate of TIMOTHY SCOTT PUNG,

    Plaintiff,

v.

PETER M. KOPKE, in his personal capacity, PATRICIA DEPRIEST, in her personal capacity; and **STEVEN W. PICKENS**, IN HIS PERSONAL CAPACITY,

    Defendants.

Case No. 18-cv-1334

HON. ROBERT J. JONKER

---

| | |
|---|---|
| Philip L. Ellison (P74117) <br> Outside Legal Counsel PLC <br> Attorney for Plaintiff <br> P.O. Box 107 <br> Hemlock MI  48626 <br> 989-642-0055 <br> 888-398-7003 fax <br> pellison@olcplc.com | Allan C. Vander Laan (P33893) <br> Bradley C. Yanalunas (P80528) <br> Cummings, McClorey, Davis & Acho <br> Attorneys for Defendant Steven Pickens <br> 2851 Charlevoix Dr., S.E. - Suite 327 <br> Grand Rapids MI  49546 <br> 616-975-7470 <br> avanderlaan@cmda-law.com <br> byanalunas@cmda-law.com |

---

## **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT STEVEN W. PICKENS TO ANSWER COMPLAINT**

### **STIPULATION**

    NOW COME the above-entitled parties, by and through their respective counsel, and hereby stipulate and agree that the Defendant, Steven W. Pickens, by and through his attorneys, Cummings, McClorey, Davis & Acho, P.L.C., may have until January 11, 2019, to respond to Plaintiff's Complaint.

DATED:  December 19, 2018

/s/ Philip L. Ellison with permission
Philip L. Ellison (P74117)
Attorneys for Plaintiff

/s/ Allan C. Vander Laan
Allan C. Vander Laan (P33893)
Attorneys for Defendant Steven W. Pickens

## ORDER

At a session of said Court, held in the United States District Court, Western District of Michigan, on this ___ day of_____, 2018.

PRESENT:   THE HONORABLE ROBERT J. JONKER
                    UNITED STATES DISTRICT COURT JUDGE

Upon reading and filing of this stipulation, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Defendant, Steven W. Pickens, may file his Answer on or before January 11, 2019.

_____
ROBERT J. JONKER
U.S. District Court Judge