UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL PUNG, as the personal representative of the ESTATE OF TIMOTHY SCOTT PUNG,

    Plaintiff,

v.

PETER M. KOPKE, et al.,

    Defendants.
_____/

CASE NO. 1:18-CV-1334

HON. ROBERT J. JONKER

## **ORDER**

Pursuant to the stipulation of Plaintiff and Defendant Peter M. Kopke (ECF No. 80), Plaintiff shall have until **December 13, 2019**, in which to file a response to Defendant Kopke's motion to dismiss (ECF No. 74).

Date:    December 3, 2019        /s/ Robert J. Jonker
                                                 ROBERT J. JONKER
                                                 CHIEF UNITED STATES DISTRICT JUDGE