# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

MICHAEL PUNG, as the personal representative of the ESTATE OF TIMOTHY SCOTT PUNG,
    Plaintiff,

v.

PETER M. KOPKE, in his personal capacity,
PATRICIA DEPRIEST, in her personal capacity;
STEVEN W. PICKENS, in his official and personal capacity, and
COUNTY OF ISABELLA
    Defendants
_____/

Case No.: 18-cv-1334
Honorable Robert J. Jonker

**MOTION**

OUTSIDE LEGAL COUNSEL PLC
PHILIP L. ELLISON (P74117)
Attorney for Pung/Estate
PO Box 107
Hemlock, MI 48626
(989) 642-0055
(888) 398-7003 - fax
pellison@olcplc.com

WILLIAM SELESKY (P77750)
Department of Attorney General
Asst Attorney General - Labor Div
Counsel for Kopke
P.O. Box 30217
Lansing, MI 48909
(517) 373-2560
SeleskyW1@michigan.gov

CUMMINGS, MCCLOREY, DAVIS & ACHO
ALLAN C. VANDER LAAN (P33893)
BRADLEY C. YANALUNAS (P80528)
Counsel for Pickens/Isabella Co
2851 Charlevoix Dr, S.E., Ste 327
Grand Rapids, MI 49546
(616) 975-7470
avanderlaan@cmda-law.com
byanalunas@cmda-law.com

CHARLES A. LAWLER (P65164)
CLARK HILL PLC
Counsel for DePriest
212 E. Cesar E. Chavez Ave.
Lansing, Michigan 48906
(517) 318-3100
clawler@clarkhill.com

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

## MOTION FOR LEAVE TO GIVE NOTICE OF SUPPLEMENTAL AUTHORITY

NOW COMES Plaintiff Michael Pung (PR), by counsel, and moves for leave to provide supplemental authority in opposition to prior filings made against each Defendants' motion to dismiss Count I of the Second Amended Complaint, a pled Section

1

1983 due process conspiracy claim. As part of legal research on a forthcoming federal case regarding the First Amendment in the Eastern District, Plaintiff's counsel became aware of new mandatory authority to which this Court is bound and should be made aware of. The case is *Novak v. City of Parma*, 932 F.3d 421 (6th Cir. 2019).

In *Novak*, the plaintiff created a Facebook page mocking the Parma Police Department. The police seemingly overacted and arrested the creator of the parody Facebook page. After being acquitted of some Ohio charges, he sued under Section 1983.

Relevant this case, the *Novak* plaintiff—like PR Pung—also pled a Section 1983 conspiracy claim. The Sixth Circuit confirmed what PR Pung has said all along—the pleading standard and the "test for conspiracy" are "simple." Like Mr. Novak, PR Pung has named the alleged coconspirators, pled they came to an agreement, and alleges that they overtly acted against his legal interests. Poignantly, the Sixth Circuit, citing *Twombly*, held "these are 'enough fact[s] to raise a reasonable expectation that discovery will reveal evidence of illegal agreement.'" *Novak*, 932 F.3d at 436.

If it is legal sufficient for Mr. Novak under the Twombly (i.e. Rule 12(b)(6) standard) according to the Sixth Circuit, it is certainly legal sufficient of PR Pung. And more importantly, this Court is bound by the decision. See *Bennett v. E.F. Hutton Co., Inc.*, 597 F. Supp. 1547, 1557 (N.D. Ohio 1984) (published Sixth Circuit decision binds district courts in Michigan, Ohio, Tennessee, and Kentucky).

**BRIEF IN SUPPORT**

Courts of the Western District of Michigan regularly and consistently allow, in its individualized discretion, leave to file supplemental authority which assists the Court with

2

resolving pending legal issues. E.g. *Hertel v. Mtg. Electronic Registration Sys*, Case No. 12-cv-174, 2013 U.S. Dist. LEXIS 63454, at fn.11 (WD Mich, May 3, 2013). Such discretion is asked to be exercised here.

## CONCURRENCE

Concurrence was sought from all opposing counsel. Counsel for Defendants County of Isabella and Steven Pickens (Vander Laan) refused to concur and thereby necessitating this motion without the need to await the responses from remaining counsel.

## RELIEF REQUESTED

WHEREFORE, the Court is requested to enter an order receiving *Novak v. City of Parma*, 932 F.3d 421 (6th Cir. 2019) as precedentially-binding supplemental authority

Date: December 26, 2019                    RESPECTFULLY SUBMITTED:

/s/ Philip L. Ellison
OUTSIDE LEGAL COUNSEL PLC
by PHILIP L. ELLISON (P74117)
PO Box 107 · Hemlock, MI 48626
(989) 642-0055
(888) 398-7003 - fax
pellison@olcplc.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on date stated below, I filed the foregoing document with the ECF/CM system which will serve an email copy of the same to all counsel of record (at their email address of record) on the date stated below.

Date: December 26, 2019

RESPECTFULLY SUBMITTED:

/s/ Philip L. Ellison
OUTSIDE LEGAL COUNSEL PLC
by PHILIP L. ELLISON (P74117)
PO Box 107 · Hemlock, MI 48626
(989) 642-0055
(888) 398-7003 - fax
pellison@olcplc.com

Attorney for Plaintiff

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

4