UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL PUNG, as the personal
representative of the ESTATE OF
TIMOTHY SCOTT PUNG,

    Plaintiff,

v.

PETER M. KOPKE, et al.,

    Defendants.
_____/

CASE NO. 1:18-CV-1334

HON. ROBERT J. JONKER

## ORDER

The Motion for Leave to Provide Notice of New Authority (ECF No. 96) is DISMISSED AS MOOT. Both sides provided notice and comment on the new decision. And the Court is well aware of it anyway.

Dated:    February 28, 2020       /s/ Robert J. Jonker
                                                        ROBERT J. JONKER
                                                        CHIEF UNITED STATES DISTRICT JUDGE