OUTSIDE LEGAL COUNSEL PLC   www.olcplc.com

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

MICHAEL PUNG, as the personal representative of the ESTATE OF TIMOTHY SCOTT PUNG,
    Plaintiff,

v.

PETER M. KOPKE, in his personal capacity,
PATRICIA DEPRIEST, in her personal capacity;
STEVEN W. PICKENS, in his official and personal capacity, and
COUNTY OF ISABELLA
    Defendants
_____/

Case No.: 18-cv-1334
Honorable Robert J. Jonker

**OBJECTION**

OUTSIDE LEGAL COUNSEL PLC
PHILIP L. ELLISON (P74117)
Attorney for Pung/Estate
PO Box 107
Hemlock, MI 48626
(989) 642-0055
(888) 398-7003 - fax
pellison@olcplc.com

CUMMINGS, MCCLOREY, DAVIS & ACHO
ALLAN C. VANDER LAAN (P33893)
Counsel for Pickens/Isabella Co
2851 Charlevoix Dr, S.E., Ste 327
Grand Rapids, MI 49546
(616) 975-7470
avanderlaan@cmda-law.com
byanalunas@cmda-law.com

WILLIAM SELESKY (P77750)
Department of Attorney General
Asst Attorney General - Labor Div
Counsel for Kopke
P.O. Box 30217
Lansing, MI 48909
(517) 373-2560
SeleskyW1@michigan.gov

CHARLES A. LAWLER (P65164)
CLARK HILL PLC
Counsel for DePriest
212 E. Cesar E. Chavez Ave.
Lansing, Michigan 48906
(517) 318-3100
clawler@clarkhill.com

### OBJECTION TO BRIEF OF DEFENDANT DEPRIEST

NOW COMES Plaintiff Michael Pung (PR), by counsel, and objects to the filing of the brief made by Defendant DePriest by her counsel. She spends 8 pages discussing the effect of *Rafaeli* on the state and federal takings claims. One big problem—no takings

1

claim has been made against Defendant DePriest. She has no standing to make arguments about claims not made against *her*. And more, her arguments cut her own throat. If the County treasurer and Isabella County are responsible only for the surplus proceeds rather the difference between the fair market value and the taxes-plus-penalty owed, her liability, via the due process and equal protection claims, expands. She should be arguing the opposite of her position (or a position similar to Defendant Kopke) against the County and its treasurer. Her attorney is trying to protect the County treasurer and Isabella County, not DePriest. Why her counsel would be increasing her liability exposure, not reduce it, is unclear. Nevertheless, Plaintiff objects to the essentially amicus brief filed by Defendant DePriest for lack of standing and lack of permission of the Court.

Date: August 14, 2020                                   RESPECTFULLY SUBMITTED:

/s/ Philip L. Ellison
**OUTSIDE LEGAL COUNSEL PLC**
**PHILIP L. ELLISON (P74117)**
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I, the undersigned attorney of record, hereby certify that on the date stated below, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel or parties of record.

Date: August 14, 2020              RESPECTFULLY SUBMITTED:

/s/ Philip L. Ellison
**OUTSIDE LEGAL COUNSEL PLC**
**PHILIP L. ELLISON (P74117)**
Counsel for Plaintiff

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com